# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

| | | |
|---|---|---|
| **Andrea E. Celli, Esq.**<br>Trustee<br>**Bonnie Baker, Esq.**<br>Assoc. Attorney | Telephone: (518) 449-2043<br>Facsimile: (518) 449-2473 | For payments Only:<br>P.O Box 1918<br>Memphis, TN 38101-1918 |

September 20, 2011

Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, New York 13501

**RECEIVED**
**SEP 21 2011**
**OFFICE OF THE BANKRUPTCY CLERK**
**UTICA, NY**

Re:   07-60797          Edward Slade

To Whom It May Concern:

Enclosed please find check **#922941** in the amount of **$2.51**. The amount represents an over payment of the plan from the debtor(s) in this case. All attempts to return these funds to the debtor have been unsuccessful. Our records reflect the debtor's name and address is as follows:

Debtor Refund:   Edward Slade
                 348 Cty. Rte. #37
                 Massena, NY 13662

**FILED**
**SEP 21 2011**
**OFFICE OF THE BANKRUPTCY CLERK**
**UTICA, NY**

**FILED**
**SEP 21 2011**
**OFFICE OF THE BANKRUPTCY CLERK**
**UTICA, NY**

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli